RE: Case No. 15-0633  DATE: 8/21/2015
COA #: 01-14-00521-CV  TC#: 2013-26399
STYLE: DAVID LUCYK
   v. KINDRON HOLDINGS, LLC

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MR. CHRISTOPHER  PRINE
CLERK, FIRST COURT OF APPEALS
301 FANNIN
HOUSTON, TX  77002